# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Shaun Christopher Lee | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 4:04CR00121-3<br>USM Number: 11900-021<br><br>Amanda Renee Roberts<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of  special, mandatory, and standard conditions  of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to perform community service (special condition). | November 8, 2010 |
| | See Page 2 for Additional Violations | |

The defendant is sentenced as provided in page 3 through of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 8320

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:

Pembroke, Georgia

November 20, 2015
Date of Imposition of Judgment

Signature of Judge

J. Randal Hall
United States District Judge
Name and Title of Judge

11/24/2015
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to participate in a program of treatment for drug and alcohol abuse (special condition). | November 8, 2010 |
| 4 | The defendant failed to answer truthfully to inquiries by the probation officer and failed to follow the instructions of the probation officer (standard condition). | November 8, 2010 |
| 5 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | November 8, 2010 |
| 6 | The defendant committed another Federal, state, or local crime (mandatory condition). | November 30, 2010 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  18 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prisons facility in Jesup, Georgia, is recommended.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL